Frank BAIAMONTE, Appellant,

v.

John E. POTTER, Postmaster General, Appellee.

No. 2009–1104.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2009.

Before GAJARSA, FRIEDMAN, and LINN, Circuit Judges.

ON MOTION

PER CURIAM.

*ORDER*

Frank Baiamonte moves for reconsideration of the court's order dismissing his appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.